79,356-30 - 48

# 506ᵗʰ Judicial District Court

**Albert M. McCaig, Jr., Judge**

www.Court506.com

Court Coordinator
Susie Schubert

Court Reporter
Robyn S. Wiley
----------------------
Grimes County
Waller County

836 Austin Street, Suite 307
Hempstead, Texas 77445
Fax: 979.826.9149
Ofc: 979.921.0921

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**MAY 07 2015**

**Abel Acosta, Clerk**

May 5, 2015

Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

     Re:    Writs Number 08-09-12976D through 08-09-12986D
             Criminal Trial Court Number 08-09-12976
             Ex Parte
             William Andrew Allen

Clerk:

     I am the trial court judge in the referenced matter. The cases were originally heard by the 155ᵗʰ Judicial District Court. By Legislative act (Section 24.254, Government Code), effective January 1, 2014, the 506ᵗʰ Judicial District Court took over all cases pending in the 155ᵗʰ Judicial District Court.

     The Applicant, Mr. William Andrew Allen, has made numerous filings with the trial court pertaining to his 11.07 Writ applications, many of which have had to do with his contention that the 506ᵗʰ court does not have jurisdiction of his cases. I have personally written to inform Mr. Allen of the effect of the change of courts.

     Mr. Allen's frequent and continuous supplementation and filings has required both this court and the Waller County District Clerk, to provide eleven separate supplements to the several 11.07 Applications each time Mr. Allen files new allegations. This has become labor and resource intensive, consumes valuable time, and, to date, does not appear to have provided any substantial new information to your court.

     I am requesting the Honorable Texas Court of Criminal Appeals to declare Mr. William Andrew Allen a vexatious litigant, and to deny him further access to the courts until his current applications for 11.07 relief have been ruled on by your court.

ALBERT M. McCAIG, JR.
Judge, Presiding

AMM/
c:    Waller County District Clerk
     Mr. William Andrew Allen
     Mr. Elton Mathis, Waller County District Attorney